UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REUBEN ROBERTS, | | CV F   05 0990   REC WMW P |
| | Plaintiff, | |
| | v. | ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE (Doc. #4) AND DIRECTING CLERK TO ENTER JUDGMENT FOR DEFENDANTS |
| POWERS, et al.,, | | |
| | Defendants. / | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 7, 2006, findings and recommendations were entered, recommending dismissal of this action for failure to prosecute.  Plaintiff was provided an opportunity to file objections within thirty days.   Plaintiff has not filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on March

1 | 7, 2006, are adopted in full; and

2 |     2. This action is dismissed without prejudice for failure to prosecute. The Clerk
3 | is directed to enter judgment for defendants.
4 | IT IS SO ORDERED.
5 | **Dated:  April 17, 2006**               /s/ Robert E. Coyle
   668554                                UNITED STATES DISTRICT JUDGE